IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00545-WJM-KLM

A. SUSAN MARQUEZ,

    Plaintiff,

v.

MARTHA JOHNSON, Administrator, General Services Administration Agency,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Defendant's Expedited Motion to Vacate Settlement Conference** [Docket No. 32; Filed October 5, 2011] (the "Motion"). The Motion neglects to state what defense counsel told the Court regarding the upcoming settlement conference in a telephone conversation on October 5, 2011: Defendant will not offer money to settle Plaintiff's claims at this time. Accordingly, although Plaintiff opposes the relief requested, the Court does not believe a settlement conference would be productive absent both parties' interest and willingness to participate.

IT IS HEREBY **ORDERED** that the Settlement Conference set for October 13, 2011, at 1:30 p.m. is **VACATED**.

Dated: October 6, 2011