**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-545-WJM-KLM

A. SUSAN MARQUEZ,

    Plaintiff,

v.

MARTHA JOHNSON, Administrator General Services Administration Agency,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered in this case, and the Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Partial Summary Judgment, entered by the Honorable William J. Martínez, United States District Judge, on December 19, 2012,

IT IS ORDERED that:

1. Defendant's Motion for Summary Judgment (ECF No. 39) is GRANTED

2. Final Judgment is entered in favor of Defendant on all claims; and

3. Each party shall bear her own attorney's fees and costs.

DATED at Denver, Colorado this 26th day of December, 2012.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/ Edward P. Butler
                Edward P. Butler, Deputy Clerk